UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHMOND BROWN TAYLOR, Sr.,

    Plaintiff,

v.

                                                  Case No. 06-10846
                                                  HONORABLE AVERN COHN

VICTORIA A. ROBERTS, et al.,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S PETITION TO RE-OPEN CASE AND PETITION TO REMOVE

This is a prisoner civil rights case under 42 U.S.C. § 1983. The Court dismissed the complaint as frivolous and for failing to state a claim upon which relief may be granted. See Order Dismissing Case, filed March 17, 2006.

Before the Court is plaintiff's petition to re-open the case, which the Court construes as a motion for reconsideration. Having reviewed the motion, there is no basis for reconsideration.

Also before the Court is plaintiff's petition to remove the Court from the case, which the Court construes as a motion to recuse. The Court finds no merit to the motion. Therefore

IT IS HEREBY ORDERED that the motions are DENIED.

SO ORDERED.

Dated: March 30, 2006                      s/Avern Cohn
                                                          AVERN COHN
                                                          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 30, 2006, by electronic and/or ordinary mail.

                                                            s/Julie Owens
                                                           Case Manager, (313) 234-5160